Gwen Fanger, Esq. (CA State Bar No. 191161)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: gwenfanger@dwt.com

Aaron Stuckey, *pro hac vice*
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone: (503) 778-5296
Facsimile: (503) 778-5299
Email: aaronstuckey@dwt.com |

Attorneys for Plaintiff, IMACC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IMACC CORPORATION**, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**ROGER STAVIG**,<br><br>　　　　　　Defendant. | Case No. CV-10-03875 CRB<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR FURTHER CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>**(Jury Trial Requested)**<br><br>Date:　　April 1, 2011<br>Time:　　8:30 a.m.<br>Place:　　Courtroom 8, 19th Floor<br>Judge:　　Hon. Charles R. Breyer |

　　　　Pursuant to Local Rule 6-2, the parties jointly submit this Stipulated Request for Order Changing Time for Further Case Management Conference (the "Stipulated Request"). A further case management conference is currently scheduled for April 1, 2011. The parties respectfully request that this Court grant the Stipulated Request to change the hearing by one week to April 8, 2011, or as soon thereafter as the Court's schedule allows.

**I.　　BASIS FOR STIPULATED REQUEST**

　　　　On December 4, 2010, the Court held an Initial Case Management Conference in the above-captioned action. The Court referred the case to mediation, which will be held on February 28, 2011, and continued the case until April 1, 2011 for a Further Case Management

Conference. Declaration of Gwen Fanger In Support of Stipulated Request for Order Changing Time for Further Case Management Conference ("Fanger Decl.") at ¶2.

Both of plaintiff IMACC Corporation's counsel, Mr. Aaron Stuckey and Ms. Gwen Fanger, are scheduled to attend a firm-wide meeting in Arizona from March 29, 2011 through April 3, 2011 and would be unable to attend the April 1, 2011 case management conference. *Id.* at ¶3. In light of this conflict, the parties have agreed to request that the Court change the date of the further case management conference to the following Friday, April 8, 2011 or to the Court's next available date for a further case management conference. *Id.* at ¶4.

## II. PREVIOUS TIME MODIFICATIONS

There have been no other previous time modifications in this case. *Id.* at ¶5.

## III. EFFECT ON CASE SCHEDULE

The proposed change in the hearing date will have no effect on the current case schedule because the case is in the preliminary stages and no other pre-trial or trial dates have yet been set. *Id.* at ¶6.

## IV. CONCLUSION

For these reasons, the parties respectfully request the Court grant the Stipulated Request and change the hearing date for the upcoming April 1, 2011 Further Case Management Conference to April 8, 2011 or as soon thereafter as the Court's schedule allows.

DATED this 25th day of February, 2011.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Gwen Fanger

Attorneys for Plaintiff, IMACC Corporation

---

STIP. REQUEST TO CHANGE TIME
Case No. 10-3875CRB
DWT 16612836v1 0091715-000001

2

BROWNSTEIN RASK SWEENEY KERR
GRIM DESYLVIA & HAY LLP

By: _____
David J. Sweeney

Attorneys for Defendant, Roger Stavig

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   February 28, 2011

_____
Hon. Charles R. Breyer
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer